UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

TRENTON DEMUNN,

Defendant.

---

26-CR-322 (JMF)

SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **August 5, 2026** at **11:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: July 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge